IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROY JOHNSON | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 8:19-cv-01462-PJM |
| FAMILY DOLLAR STORES OF MARYLAND LLC | * | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S RULE 26(a)(2) EXPERT DISCLOSURE

COMES NOW the Defendant, Family Dollar Stores of Maryland LLC, ("Family Dollar" or "Defendant"), by and through its undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, pursuant to Fed. R. Civ. P. 26(a)(2), and submits the following individual(s) who may provide opinion evidence and testimony and/or be called to testify as expert witness(es) at trial of this matter:

1. Sahair Monfared, Psy.D.
   4320 Prince William Parkway
   Suite 109
   Woodbridge VA 22192

Dr. Monfared is a licensed Clinical and Forensic Psychologist. It is expected that Dr. Monfared will be qualified as an expert in the fields of clinical psychology and psychotherapy. A copy of her CV is attached hereto as *Exhibit A*. A copy of Dr. Monfared's case list is attached hereto as *Exhibit B*. Also, a copy of Dr. Monfared's fee schedule is attached hereto as *Exhibit C*.

Dr. Monfared is expected to testify based upon her education and training in the area of Clinical Psychology and medicine in general, her review of Plaintiff's medical records provided in discovery, and other available documents in this action, and in accordance with the attached report at *Exhibit D*. Also, she will testify regarding any and all records and bills related to the care and treatment of Plaintiff. Dr. Monfared is also expected to testify in response to any issues and opinions raised by Plaintiff's experts.

Dr. Monfared will offer opinions to a reasonable degree of medical certainty related to the nature and extent of Plaintiff's medical condition and any conditions existing prior to the date of the alleged incident as well as the nature and extent of any injuries Plaintiff sustained in this matter, the nature and extent of any aggravation such incident had upon Plaintiff's pre-existing conditions, the causal relationship, and the nature and extent of Plaintiff's continuing medical problems and the relationship, if any, to this incident. Further, Dr. Monfared will testify to the types of treatment and procedures Plaintiff has undergone and the appropriateness of such treatment.

Additionally, Dr. Monfared is expected to testify what effect, if any, Plaintiff's alleged injuries have and/or continue to have on his daily activities and functional abilities.

2.   Defendant further reserves the right to amend or supplement this expert statement as may be warranted through the course of discovery and more specifically upon completion of the depositions of parties, fact witnesses and/or experts.

3.   Defendant reserves the right for Dr. Monfared to conduct an Independent Medical Examination (IME) of Plaintiff if it is determined necessary after further discovery.

4.   Defendant also reserves the right to call as an expert witness any and all prior or subsequent treating healthcare providers of Plaintiff.

5.      Defendant also reserves the right to call as an expert witness any and all prior or subsequent treating healthcare providers of Plaintiff.

6.      Defendant further reserves the right to call any experts identified by Plaintiff.

Dated this **18th** day of December, 2019.

                                              Respectfully submitted,

                                              **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                                              */s/ Katherine B. Yoder*

                                              Katherine B. Yoder, Esquire #30068
                                              1233 20th Street, NW, Suite 800
                                              Washington, D.C.  20036
                                              Telephone: (202) 712-7000
                                              Facsimile:  (202) 712-7100
                                              kyoder@bonnerkiernan.com
                                              *Attorneys for Defendant*
                                              *Family Dollar Stores of Maryland, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing **Rule 26(a)(2) Expert Disclosure** was served on this **18th** day of December, 2019 via electronic and/or first class mail:

Benjamin Rupert, Esq.
The Valente Law Group
2200 Defense Highway, Suite 304,
Crofton, Maryland 21114
brupert@jpvlawgroup.com
*Attorney for Plaintiff*

                                              */s/ Katherine B. Yoder*

                                              Katherine B. Yoder, Esq.