# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

### *Education*:

| | |
|---|---|
| 08/04 – 12/08 | **American School of Professional Psychology at Argosy University/ Washington DC, Arlington, VA**<br>Doctoral: Clinical Psychology (Psy.D.) |
| 08/04 – 04/07 | **American School of Professional Psychology at Argosy University/ Washington DC, Arlington, VA**<br>Master of Arts: Clinical Psychology |
| 08/01 – 05/03 | **Marymount University, Arlington, VA**<br>Master of Arts: Counseling Psychology |
| 08/96 – 05/00 | **University of Virginia, Charlottesville, VA**<br>Bachelor of Arts: Biology          Minor: Asian Studies |

### *Licensures:*

- Licensed Clinical Psychologist in Virginia (#0810004621), Maryland (#05304), District of Columbia (#PSY1000829)
- Certified Correctional Health Professional (CCHP)

### *Experience:*

**Woodbridge Psychological Associates, P.C., Woodbridge, VA**
   10/08 – present
   Director of Training and Clinical Psychologist
- Conduct individual counseling with adolescents and adults
- Conduct couple and family therapy
- Conduct psychological testing with adolescents and adults
- Conduct forensic mental health evaluations that include Competency to Stand Trial for adults and juveniles, Mental State at the Time of Offense, Sex Offender Risk Assessment, immigration evaluations, and Presentencing/Mitigation.
- Provide crisis intervention and provide clinical consultation

**Life Enhancement Services, Washington, DC**
   07/13 – 05/14
   Clinical Director
- Recruit, evaluate, and work with the Medical Director to approve all potential employees
- Works with the Medical Director to oversee peer review of providers
- Establish and enforce clinical policies and procedures
- Establish and update clinical practice guidelines for providers
- Responsible for medical performance of clinical staff


EXHIBIT A

# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

- Ensures that the agency complies with medical standards, regulations, and laws created by regulators, accrediting organizations, and state or federal government agencies
- Implement and oversee Quality Assurance/Quality Improvement program and chair the QA/QI committee
- Work to help implement the transition to electronic health records
- Liaison between Executive Director, Clinical manager, psychiatrist, and staff
- Communicate with local health authorities such as the Department of Behavioral Health
- Report at monthly Executive Committee meetings of the Board of Directors
- Assist in coordination of care to make certain that evaluations and treatments proceed expeditiously
- Seek sources of specialty care for individual patients as needed by personal intervention with specialty providers

**Comprehensive Community Health Psychological Services, Washington, DC**
01/08 – 01/15
Group Facilitator
- Performed comprehensive mental health assessment
- Facilitate outpatient groups for dual diagnosed clients
- Assessed risk factors of suicidal clients
- Conducted comprehensive substance abuse assessment

**Unity Health Care, Washington, DC**
09/07 – 07/13
Mental Health Clinician
- Perform comprehensive mental health assessment at the District of Columbia jail
- Provide mental health intake and emergency services for defendants
- Assess risk factors of suicidal clients and complete treatment and discharge planning for clients
- Provide individual and group therapy
- Provide mental health signs and symptoms training to correctional officers at the Department of Corrections
- Maintain collateral contact with the community (i.e. District of Columbia Court systems, Court Services & Offender Supervision Agency, Pretrial Services Agency, Addiction Prevention & Recovery   Administration, Core Service Agencies)
- Work in a multidisciplinary team that includes but is not limited to psychiatrist, psychologist, nurses, licensed social workers and licensed professional counselors
- Provide clinical supervision to other licensed professional counselors

**District of Columbia Pretrial Services Agency, Washington, DC**
09/03 – 07/07
Case Manager/ Pretrial Services Officer
- Performed comprehensive mental health assessment

# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

- Connected consumers with outpatient mental health services
- Conducted psychological testing
- Assessed risk factors of suicidal clients
- Conducted comprehensive substance abuse assessment
- Provided individual counseling to dually diagnosed clients
- Represented the Agency and clients in court-related matters

*Supervised Experience:*

**Rappahannock Area Community Services Board, Fredericksburg, VA**
  07/07-07/08
  Pre-doctoral Clinical Psychology Internship
- Provided mental health outpatient services to culturally and socioeconomically diverse children, adolescents, and adults
- Provided individual, family, and couples therapy and facilitated anger management and substance abuse groups
- Provided competency restoration classes to adjudicated incompetent defendants
- Provided diagnostic assessments and comprehensive treatment plans to individuals seeking treatment for behavioral health, substance use disorders, and mental health crises
- Conducted psychological, mental retardation, competency to stand trial, mental state at time of offense and custody evaluations and wrote accompanying reports with recommendations used by local, state, and legal entities
- Worked closely with psychiatrists, social workers, case managers, hospitals, and legal entities as well a private and nonprofit agencies to ensure comprehensive mental health outpatient services and resources are provided to clients

**Psychiatric Institute of Washington, Washington, DC**
  08/06-06/07
  Doctoral Externship
- Conducted psychological assessments with diverse population of children, adolescents, and adults
- Participate in treatment planning with the multidisciplinary team for the patients assessed
- Participate in weekly testing seminar

**Minnie Howard School, Alexandria, VA**
  09/05-06/06
  Doctoral Externship
- Conducted individual counseling sessions with adolescents
- Conducted individual and group counseling sessions with ADHD clients
- Conducted psychological evaluations to determine eligibility for special education services

**District of Columbia Pretrial Services Agency, Washington, DC**
  08/02-08/03

# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

Masters Internship
- Completed comprehensive substance abuse assessment
- Conducted individual and group counseling sessions with adults
- Conducted program orientations for new admissions

- Maintained regular contact with assigned defendants

**PRS Engleside, Alexandria, VA**
01/01-06/01
Masters Externship
- Facilitated an adult women's support group for dually diagnosed clients
- Provided one-on-one counseling to chronically mental ill clients
- Supervised the operations of different units throughout the center

*Research:*

**Doctoral Dissertation**
*Outpatient Competency Restoration Program for the District of Columbia*
American School of Professional Psychology, Arlington, VA
01/06-08/08
Chair: Dr. Stephen Lally
- Data collection, data processing, and data analysis on the District of Columbia Outpatient Competency Restoration Program
- Retrieval of literature review on competency restoration programs across the nation
- Presented findings of study to faculty and students
- Created a curriculum for the District of Columbia Outpatient Competency Restoration Program

**George Mason University, Fairfax, VA**
06/00-09/00
Research Assistant at the Human Emotions Research (HERL) Lab
- Data collection, data processing, and data analysis
- Retrieval of literature review

**Department of Ophthalmology at UVa Health Science Center, Charlottesville, VA**
08/98-5/00
Lab Technician/Research Assistant
- Collected and analyzed information on Sebaceous Carcinoma
- Presented findings of study to faculty and students
- Administered lab tests on cancerous tissue samples

*SPECIAL TRAINING OR EXPERIENCE:*

**Conducting Mental Health Evaluations for Capital Sentencing Proceedings**

# Sahair Monfared, Psy.D.
4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

- Presenter: Institute of Law, Psychiatry, and Public Policy
- Two-day program prepares experienced forensic mental health professionals to meet the demands of a capital sentencing case, in which the accused faces the possibility of the death penalty

**Violence Risk Assessment**

- Presenter: Institute of Law, Psychiatry, and Public Policy

**Adult Basic Forensic Evaluation**

- Presenter: Institute of Law, Psychiatry, and Public Policy
- In accordance with the Code of Virginia 19.2-169.1 regarding evaluation of trial competence and 19.2-169.5 regarding evaluation of sanity at the time of the offense

**Juvenile Forensic Evaluation: Principles and Practice**

- Presenter: Institute of Law, Psychiatry, and Public Policy
- Five-day program providing basic legal, clinical, and evidence-based training in the principles and practices of forensic evaluation, for both juvenile and adult forensic evaluators

**Assessing Individuals Charged with Sexual Crimes**

- Presenter: Institute of Law, Psychiatry, and Public Policy
- This two-day program focuses on the assessment and evaluation of individuals charged with sexual crimes, sexual offenders including 19.2-300 pre-sentencing evaluations, and 37.2-904 assessment of sexually violent predators

**Mental Competency in Immigration Review, U.S. Department of Justice Initiative**

- Presenter: Jack H. Weil, Assistant Chief Immigration Judge, and Randy K. Otto, Ph.D.
- One-day program designed to prepare forensic evaluators for completing mental competency assessments to assist the DOJ Executive Office of Immigration Review (EOIR) in determining an immigrant's ability to assist with the legal aspects of their case in immigration court

*Professional Memberships:*

- Member of American Psychological Association
- Member of the Virginia Psychological Association
- Member of the District of Columbia Psychological Association

# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

# Sahair Monfared, Psy.D.

4320 Prince William Parkway Suite 109 Woodbridge VA 22192; (202) 810-5969; sahair.monfared@gmail.com

Pankaj Bhasin-Criminal

Mitchell Embley-Criminal

Johnathan Simms-Criminal

Paul Graham-Criminal

Anthony Crews-Criminal

# Sahair Monfared, Psy.D.



EXHIBIT B

# WOODBRIDGE PSYCHOLOGICAL ASSOCIATES, P.C.

4320 Prince William Parkway  
Suite 109  
Woodbridge, Virginia 22192

Telephone: 703.680.4200  
Facsimile: 703.680.5011  
information@wpapc.com

## SUMMARY OF FEE STRUCTURE

| FEES & EXPENSES | |
|---|---|
| **SERVICE** | **RATE** |
| **FORENSIC SERVICES PROVIDED IN-OFFICE,** including time reserved for legal and professional consultations, interviews, evaluation appointments, collateral appointments, broken and canceled appointments, testing, test scoring and interpreting, reviewing printed materials, reviewing documents, preparing and providing reports, affidavits, and testimony | $300/hr |
| **FORENSIC SERVICES PROVIDED AFTER HOURS OR OUT-OF-OFFICE,** including time reserved for legal and professional consultations, interviews, evaluation appointments, collateral appointments, broken and canceled appointments, testing, test scoring and interpreting, reviewing printed materials, reviewing documents, preparing and providing reports, affidavits, and testimony | $350/hr |
| **TESTIMONY AND REPORTS,** including preparing for and reserving time to provide services for any legal proceeding, including declarations, affidavits, reports, depositions, and court testimony | $400/hr |
| **TELEPHONE CALLS/CONSULTATION** | $25/0.10 hr. |
| **TRAVEL/ON-SITE TIME and TEST PROCTORING:**<br>➤ driving time – car<br>➤ air travel time – time to/from IAD – destination (includes time starting at take-off (IAD) and ending at landing (destination) – return: time starting at take-off from destination and ending at landing (IAD)<br>➤ On-site holding time – time on-site at service locality during business hours with no service/availability expectation by retaining party<br>➤ time supervising or proctoring self-administered psychological tests | $150/hr<br>$150/hr<br><br>$150/hr<br><br>$150/hr |
| **EXPENSES:**<br>➤ mileage – personal car .................................................<br>➤ car rental fees, gas purchase ......................................<br>➤ hotel stay ....................................................................<br>➤ meals ..........................................................................<br>➤ parking (airport, hotel, destination, etc.) ....................<br>➤ taxi/transportation from hotel/airport.........................<br>➤ photocopying.............................................................. | IRS rate<br>actual cost/receipts<br>actual cost/receipts<br>*per diem*\*<br>actual cost/receipts<br>actual cost/receipts<br>actual cost/receipts |

\* = per diem – current US General Services Administration posted rates. www.gsa.gov



EXHIBIT C

# WOODBRIDGE PSYCHOLOGICAL ASSOCIATES, P.C.

4320 Prince William Parkway  
Suite 109  
Woodbridge, Virginia 22192

Telephone: 703.680.4200  
Facsimile: 703.680.5011  
information@wpapc.com

## PSYCHOLOGICAL EVALUATION

**PLANTIFF'S NAME**: Roy Johnson  
**CIVIL ACTION NUMBER:** 8:19-cv-01462-TJS  
**DATE OF REPORT:** December 16, 2019  
**EXAMINER:** Sahair Monfared, Psy.D.

### REFERRAL

Pursuant to the request of the Defendant's counsel, I have completed a review of Mr. Johnson's medical records to assist in determining the injuries that Mr. Johnson alleges he sustained in an incident at Family Dollar on July 4, 2016.

### SOURCES OF INFORMATION

1. Plaintiff's Rule 26(a)(s) Expert Witness Disclosure, dated August 10, 2019;
2. Plaintiff's Answers to Interrogatories, no date;
3. Medical records from Washington Adventist Hospital, multiple dated;
4. Psychological Examination conducted by Aaron Noonberg, Ph.D. dated September 3, 2019.

### IDENTIFYING INFORMATION

Roy Johnson, a 76-year-old male, is currently alleging ongoing complaints from Post-Traumatic Stress Disorder (PTSD)[1] that resulted from an incident on July 4, 2016. According to the Plaintiff's Answers to Interrogatories,

> …on July 4, 2016, at approximately 10:48 p.m., I (Roy Johnson) was a customer at the subject Family Dollar store when an employee, who asserted he was the manager, approached me, wrongfully accused me of shoplifting, detained me, and frisked me, during which he wrongfully and inappropriately groped my genitals. At the time of the assault and wrongful accusation, I had popcorn, a CVS medicine bag, and a tissue in my hand. There were several customers in the store at the time of the subject incident that observed the accusations and frisking, however, I am not aware of their identity at this time…

> …when the employee approached me and wrongfully accused me of shoplifting, and frisked me, during which he inappropriately groped my genitals, whereupon I

---

[1] Post-Traumatic Stress Disorder (PTSD) is characterized by the development of impairing psychological symptoms after having been exposed to actual or perceived threat of death or serious injury. Symptoms of PTSD are characterized as negative alterations of mood and cognitions, intrusive, avoidant, and physiological reactivity and/or arousal. Diagnostic and Statistical Manual-Fifth Edition (5th ed.; DSM-5; American Psychiatric Association, 2013).

William J. Stejskal, PhD · Rita Romano, LCSW · Claudia Bailey, LCSW · Brandie Bartlett, PsyD · Richard Conner,  
Jonathan DeRight, PhD · Karen Fitzgerald, PhD · Shauna Keller, PsyD · Brian Levine, PsyD · Jennifer Marshall,  
Sahair Monfared, PsyD · Yorvska Salazar, PsyD, LPC · Katherine Snably, PsyD


EXHIBIT D

Case 8:19-cv-01462-TJS   Document 14-1   Filed 12/18/19   Page 10 of 14

*Roy Johnson v. Family Dollar Stores of Maryland, LLC*
*Civil Action No. 8:19-cv-01462-TJS*
*December 16, 2019*
*Page 2 of 6*

threw my hands up and told him to call the police if he thought I had shoplifted. Thereafter, I walked to the cashier, paid for my items, and left the store…

**RELEVANT HISTORY**

Mr. Johnson has been evaluated by Aaron Noonberg, Ph.D., a psychologist retained by the Plaintiff. The interested reader can refer to his report of September 3, 2019 for detailed information regarding Mr. Johnson's personal and medical history. For purposes of this report, I herein adopt the historical information memorialized in Dr. Noonberg's report dated September 3, 2019.

Below is a summary of Mr. Johnson's mental health treatment after the incident on July 4, 2016. Unless otherwise attributed, the information below has been provided by sources other than the plaintiff (see above).

After the incident on July 4, 2016, Mr. Johnson was seen by his primary care provider, Dr. Mikel Hofmann, at Washington Adventist Hospital on three separate occasions (July 20, 2016, September 7, 2016, and October 20, 2016) before being diagnosed with Post Traumatic Stress Disorder (PTSD)[2] on November 9, 2016. During these three medical visits, Dr. Hofmann indicated that Mr. Johnson was "alert and cooperative", exhibited "normal mood and affect", and his "attention span and concentration" was normal. It was also noted that Mr. Johnson denied experiencing "anxiety[3] or depression"[4] symptoms such as "loss of appetite", loss of "interest or pleasure in doing things", or "feeling down, depressed or hopeless".

On November 9, 2016, Mr. Johnson was seen by Dr. Hofmann for his regular medical follow-up. Consistent with Mr. Johnson's three prior visits (see above), Dr. Hofmann noted that Mr. Johnson was "alert and cooperative", exhibited "normal mood and affect", as well as, "normal attention span and concentration". Mr. Johnson denied "feeling bad about yourself, feeling that you are a failure, or feeling that you have let yourself or your family down", "poor appetite or overeating", "trouble concentrating on things such as reading the newspaper or watching television", "being so fidgety or restless that you have been moving around a lot more than unusual", and "thinking that you would be better off dead".

---

[2] Post-Traumatic Stress Disorder is characterized by the development of impairing and relatively long-term psychological symptoms (e.g., avoidance, intrusive memories, chronic physiological arousal) after exposure to a traumatic event.

[3] Generalized Anxiety Disorder is persistent and excessive anxiety and worry about various domains, including work and school performance, that the individual finds difficult to control. It is characterized by feelings of worry, anxiety, or fear that are strong enough to interfere with one's daily activities.

[4] According to the DSM-5, the essential features of Major Depressive Disorder are depressed mood and loss of interest or pleasure, insomnia or hypersomnia nearly every day, fatigue or loss of energy, feelings of worthlessness, diminished ability to think or concentrate, and recurrent thoughts of death. These symptoms cause significant distress or impairment in social, occupational, or other important areas of functioning. Additionally, Major Depressive Disorder is associated to high mortality, much of which is accounted for by suicide.

*Roy Johnson v. Family Dollar Stores of Maryland, LLC*
*Civil Action No. 8:19-cv-01462-TJS*
*December 16, 2019*
*Page 3 of 6*

Additionally, Dr. Hofmann's record of the November 9, 2016 memorializes Mr. Johnson's report that he was experiencing,

> worsening anxiety, insomnia x 4 months. Symptoms began 4 months ago was in his local Dollar Store, when he was accused of stealing by the Manager. Says he was physically assaulted by this Manager. Manager threatened to call the police, but he left before they came. Says his encounter stays with him. He thinks about it often…Denies depressed mood, SI/HI, + poor sleep, difficulty with concentration, feelings of guilt, and anxiety.

Consequently, Dr. Hofmann diagnosed Mr. Johnson with PTSD[5] and Insomnia after "a total of 25 minutes were spent face-to-face with the patient during this encounter and over half of that time was spent on counseling and coordination of care". Dr. Hofmann prescribed Trazodone[6] to Mr. Johnson and was recommended to Behavioral Health Therapist Elyse Schwartz. Dr. Hofmann switched Mr. Johnson's medication regimen from Trazodone to Seroquel[7] on March 2, 2018.

Mr. Johnson participated in an intake with Elyse Schwartz, LCSW-C, on November 17, 2016. Ms. Schwartz noted that Mr. Johnson reported,

> Feeling depressed in light of recent events during a recent medical appt…Client has nightmares and is not sleeping at night…Since July, client has trouble falling asleep…his concentration has been affected and is unable to do things he used to enjoy…mood very low…Since this incident, client has had great difficulty sleeping, has intrusive thoughts, is hypervigilant, is sad and relives the event…Client would like the "bad feelings (intrusive thoughts, nightmares) to decrease and dissipate. Client would like to sleep without nightmares.

---

[5] According to the *Diagnostic and Statistical Manual-Fifth Edition (DSM-5)*, published by the American Psychiatric Association, PTSD is characterized by exposure to actual or threatened death, serious injury, or sexual violence and the presence of intrusion symptoms associated with the traumatic event (i.e. distressing memories, dreams, flashbacks). Individuals can also experience negative alterations in cognitions and mood associated to the traumatic event(s), as well as, marked alterations in arousal and reactivity associated with the traumatic event(s). Individuals can avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s), or can avoid external reminders that arouse distressing memories, thoughts, and feeling about or closely associated to the traumatic event(s).

[6] Trazadone is a sedative and antidepressant medication. Therapeutic level for Depressive Disorder is 150mg and above. Dosage below the therapeutic level is used to treat insomnia. Mr. Johnson was placed on a therapeutic level to treat his sleep issues.

[7] Seroquel is an antipsychotic medication used to treat Schizophrenia. Therapeutic level is 150-800mg/day. Mr. Johnson was placed on 25 mg in order to treat his sleep issues.

*Roy Johnson v. Family Dollar Stores of Maryland, LLC*
*Civil Action No. 8:19-cv-01462-TJS*
*December 16, 2019*
*Page 4 of 6*

Mr. Johnson continued receiving 30-minute weekly "supportive therapy"[8] and psychoeducation regarding his trauma response and PTSD from November 17, 2016 to May 10, 2018; Mr. Johnson had a break from therapy from March 23, 2017 to May 4, 2017 due to the fact that Ms. Schwartz was no longer working at his primary clinic. Ms. Schwartz noted on March 23, 2016 that "client agres (sic) the cntinuation (sic) of therapy would be in his best interest". Despite agreeing with Ms. Schwartz's recommendation, Mr. Johnson did not continued therapy for the six weeks that he was not working with Ms. Schwartz.

Ms. Schwartz's records of her meetings with Mr. Johnson memorialize his reports of experiencing intrusive thoughts, nightmares, not being able to be touched by others, feeling "dirty, flashbacks[9], not wanting to leave the house, increased isolation, and experiencing depressed mood and feeling down more. Also memorialized are Mr. Johnson reports of experiencing very little improvement during his treatment with Ms. Schwartz. Notwithstanding this, Ms. Schwartz discussed reducing the frequency of Mr. Johnson's sessions and offered to refer him to a trauma specialist multiple times during his treatment. However, Mr. Johnson expressed "fears [over] the reduction in sessions to every other week. Client explained that he looks forward to ourr (sic) sessions and does not feel he will do as well shoudl (sic) he not come every week. WRiter (sic) explained that the discussion of the reduction in session was due because he was doing so well but we can hod (sic) off for nnow(sic)." Additionally, Ms. Schwartz noted on April 19, 2018 that Mr. Johnson "expressed some concern about termination but writer reassured him he has all the skills needed"; Mr. Johnson was terminated from therapy on May 10, 2018. Mr. Johnson "returned to therapy after walked past store and 'triggered and had a hard time'". Ms. Schwartz acknowledged that "it is unclear whether client misses coming in to see this writer and had this negative event occur" and discussed transferring him to a trauma specialist.

Mr. Johnson participated in a psychological evaluation with Aaron Noonbber, Ph.D. on September 3, 2019. During this evaluation Mr. Johnson was administered the Minnesota Multiphasic Personality Inventory-2 (MMPI-2)[10]. Dr. Noonberg noted that individuals with similar test results as Mr. Johnson "show stress-related aggravation of physical problems. These individuals typically use denial and repression to deal with trauma and threat and lack insight into the causes of their symptoms". Dr. Noonberg diagnosed Mr. Johnson with Adjustment

---

[8] Supportive therapy is used to increase an individuals' ability to cope with life stressors and teach them adaptive coping techniques. This mode of treatment is not typical implemented with individuals who has active symptoms of PTSD and report continued distress or impairment in social, occupational, or other important areas of functioning.
[9] Flashback refers to images, smells, sounds, or feelings that are triggered by cues (e.g., door slamming or car backfiring), reminding the individual of a traumatic experience. In some cases, the individual experiencing the flashback may lose touch with reality and believe that the traumatic event is actually happening.
[10] The MMPI-2 is one of the most commonly used personality inventories for the assessment of feigned PTSD. Mr. Johnson's protocol was not provided to this writer for review.

*Roy Johnson v. Family Dollar Stores of Maryland, LLC*
*Civil Action No. 8:19-cv-01462-TJS*
*December 16, 2019*
*Page 5 of 6*

Disorder with Mixed Anxiety and Depressed Mood[11] and Other Specified Personality Disorder (Dependent Traits)[12].

**CONCLUSION**

It is my opinion to a reasonable degree of professional certainty that the incident on July 4, 2016 did not cause the types of specific impairments that Mr. Johnson is reporting. Furthermore, based on the information available to me, it is likely that Mr. Johnson is not suffering from PTSD due to the incident on July 4, 2016. My opinion is based on the following:

1) According to the DSM-5[13], an individual most be "exposed to actual or threatened death, serious injury, or sexual violence" in order to meet criteria for PTSD. Mr. Johnson does not report that he feared for his life and did not fear serious injury to his person.

2) Mr. Johnson reported his symptoms to Dr. Hofmann approximately four months after the incident. Although an individual can be diagnosed with PTSD with delayed expression, some symptoms typically appear immediately following the traumatic event, but the full diagnostic criteria are not met. Mr. Johnson was seen by Dr. Hofmann on three separate occasion (July 20, 2016, September 7, 2016 and October 20, 2016) after the incident and denied any symptoms associated with PTSD, as well as the distress/impairments in social, occupational or other important areas of functioning associated with PTSD.

3) Mr. Johnson's medication regimen, which was provided by a primary care doctor and not a psychiatrist, is not consistent with PTSD treatment. Despite reporting numerous neurovegetative symptoms, such as poor sleep (5 hours per night), no personal interests/hobbies, poor concentration, poor appetite, withdrawal, avoidance of certain stimuli (Family Dollar Store), Mr. Johnson was only given medication to treat his insomnia, to be taken as needed. Individuals experiencing significant features/symptoms of PTSD are commonly treated with antidepressant and anxiolytic medications for their mood and anxiety symptoms, and with Prazosin (an alpha-adrenergic blocker) for their nightmares.

4) Mr. Johnson participated in 30-minute psychoeducation and supportive therapy, instead of trauma focused psychotherapy. There was no indication that Mr. Johnson's treatment

---

[11] Adjustment disorder, as the label implies, involve an emotional or behavioral reaction to an external stressor. This diagnosis is typically given to individuals who are experiencing both depression and anxiety symptoms in response to a specific identifiable stressor. The symptoms do not meet criteria for another disorder or reflect an increase in severity of a pre-existing disorder.

[12] According to the DSM-5, this diagnosis is given to individuals who exhibited personality disorder symptoms but do not meet the full criteria for any of the disorders in the personality disorders diagnostic class.

[13] The DSM-5 is the primary text documenting psychiatric, or mental health, disorders. It lists and describes psychiatric diagnoses, and details the criteria necessary to warrant each diagnosis, in order to facilitate clear, uniform definitions across professionals in varied research and practice contexts.

*Roy Johnson v. Family Dollar Stores of Maryland, LLC*
*Civil Action No. 8:19-cv-01462-TJS*
*December 16, 2019*
*Page 6 of 6*

provider, Ms. Schwartz, undertook grounding techniques[14], Cognitive Processing Therapy (CPT)[15], Eye Movement Desensitization and Reprocessing (EMDR)[16], or Prolonged Exposure Therapy (PET)[17] during her treatment with Mr. Johnson. These protocol-based therapies are mainstays of treatment of PTSD. Additionally, Ms. Schwartz did not conduct an diagnostic evaluation prior to undertaking semi-weekly supportive therapy sessions, and did not use specific timelines for evaluating Mr. Johnson's progress.

5) Mr. Johnson did not optimize his own care. Mr. Johnson was referred to a trauma specialist multiple times; he declined to switch therapist. Additionally, given the significant and continuous PTSD symptoms that he reported, he did not request to see a psychiatrist to obtain appropriate psychotropic medication.

6) Mr. Johnson reports of distress/symptoms are not consistent with the associated features and course of PTSD. The reliability of his self-reported distress/symptoms cannot be determined based on the available data. Additionally, it is not clear from the available data whether his self-reported distress/symptoms derive from any mental disorder (whether trauma-related, or not), features of his personality, motivations to feign or exaggerate his problems, or some combination of these factors.

The findings, impressions, and opinions presented here are based on the procedures and information described earlier in this report. In the event that new information becomes available, my impression and opinions are subject to review and possible modification.

*[signature]*

Sahair Monfared, Psy.D.
Licensed Clinical Psychologist

---

[14] Grounding is a particular type of coping strategy that is designed to "ground" an individual in, or immediately connect him/her with, the present moment. Grounding is often used as a way to cope with flashbacks or dissociations when an individual is experiencing PTSD symptoms.

[15] CPT is a 12-week course of treatment, with weekly sessions of 60-90 minutes. Individuals talk about the traumatic event with their therapist and how their thoughts related to it have affected your life. Then they write in detail about what happened. This process helps individuals examine how they think about their trauma and figure out new ways to live with it.

[16] The goal of EMDR is to have an individual be able to think about something positive while remembering traumatic event. It takes about 3 months of weekly sessions.

[17] Prolonged Exposure Therapy is characterized by two main treatment procedures: imaginal and in vivo exposures. Imaginal exposure is repeated 'on-purpose' retelling of the trauma memory. In vivo exposure is gradually confronting situations, places, and things that are reminders of the trauma or feel dangerous (despite being objectively safe). Additional procedures include processing of the trauma memory and breathing retraining.